**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROMAN NIKULIN,**<br><br>Petitioner,<br><br>*v.*<br><br>**SECRETARY MARKWAYNE MULLIN, et al.,**<br><br>Respondents. | **CIVIL ACTION**<br><br>**NO. 26-6182-KSM** |

**ORDER**

**AND NOW**, this 25th day of August, 2026, Petitioner having voluntarily dismissed this action (*see* Doc. No. 4), it is **ORDERED** that the Court's prior Order enjoining Respondents (Doc. No. 2) is **VACATED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.